```
MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JACQUELINE L. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-03791-CSK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-one (21) days from May 2, 2025, up to and including May 23, 2025.

This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant, along with two other briefs, all of which are due on May 1 or 2, 2025. Moreover, counsel already has four other briefs due in approximately the next month and will be on leave for a week in May to care for a family member. Thus, Defendant requires an extension in this case, and may require extensions in other

Stip. for Ext.; 2:24-cv-03791-CSK                 1

cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 14, 2025  /s/ John David Metsker*
(*as authorized via e-mail on April 14, 2025)
JOHN DAVID METSKER
Attorney for Plaintiff

Dated: April 14, 2025  MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:  /s/ Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 23, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED:  April 15, 2025

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, davi.3791.24

Stip. for Ext.; 2:24-cv-03791-CSK           2