1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JACQUELINE L. DAVIS, | ) Case No.: 2:24-cv-03791-CSK |
| Plaintiff, | ) |
| | ) ORDER GRANTING STIPULATED |
| vs. | ) MOTION RE: CERTIFIED |
| COMMISSIONER OF SOCIAL SECURITY, | ) ADMINISTRATIVE RECORD |
| | ) |
| Defendant. | ) |
| | ) |

Based on the stipulated motion of the parties (ECF No. 13), and GOOD CAUSE

APPEARING, it is ORDERED that the following actions shall be taken:

1. All copies of the Certified Administrative Record (CAR) filed on March 3, 2025 at

    Docket No. 8, will be destroyed by the U.S. Attorney's Office and the Special Assistant

    United States Attorney, and Plaintiff Jaqueline Davis will destroy all copies of the CAR,

    electronic and paper.

2. All paper and electronic copies of the CAR shall be destroyed by the Court, and the Clerk

    of Court is directed to delete the electronic version available via the Case Management

    and Electronic Case Filing (CM/ECF) system.

3. The portions of the CAR which pertained to an individual other than Plaintiff will not be disclosed to anyone.  Plaintiff will not make copies of the CAR, and will destroy all electronic and paper copies.

4. A new Certified Administrative Record will be filed in this action by the Commissioner of Social Security to replace the previously filed CAR at Docket No. 8.


DATED:  April 22, 2025

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, davi.3791.24