MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (206) 615-2662
    E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE L. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-03791-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 23, 2025, up to and including June 23, 2025.  This is the Defendant's second request for an extension.

    Defendant makes this request in good faith and for good cause.  Based on his review of the record, Defendant's undersigned attorney is in the process of exploring settlement options in this case. He needs additional time to consult with Plaintiff's counsel, and to prepare and file a responsive brief absent settlement.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 22, 2025

/s/ *John David Metsker*
(*as authorized via e-mail on May 21, 2025)
JOHN DAVID METSKER
Attorney for Plaintiff

MICHELLE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *Edmund Darcher*
EDMUND DARCHER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 23, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: May 28, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE