MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Blvd.
    Baltimore, MD 21235
    Telephone: (206) 615-2662
    Email: edmund.darcher@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JACQUELINE L. DAVIS,<br>    Plaintiff,<br>v.<br>FRANK BISIGNANO,[1]<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:24-cv-03791-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-captioned case should be reversed and remanded for further administrative proceedings pursuant

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will issue a fully favorable decision, finding Plaintiff disabled as of her alleged onset date of June 1, 2017. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

.

Dated: June 12, 2025

/s/ John David Metsker
JOHN DAVID METSKER
Attorney for Plaintiff
*Authorized via e-mail on June 12, 2025

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney

Attorneys for Defendant

**Dated: June 13, 2025**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).